UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------
Trustees of the New York City
District Council of Carpenters
Pension Fund et al.,

      Plaintiffs,



12 Civ. 1212 (ALC)(GWG)

    - against -　　　　　　　　Order

Kafka Construction Inc.

      Defendant.
----------------------------------

**ANDREW L. CARTER, JR., District Judge:**

   On July 13, 2012, Magistrate Judge Gabriel Gorenstein issued a Report and Recommendation recommending that this action be dismissed on the ground that the Plaintiff has not yet completed service of the summons and complaint within the time permitted by Fed. R. Civ. P. 4(m). Objections to the Report and Recommendation were due by July 30, 2012. To date, the Court has received no objections from Plaintiff. After a *de novo* review of the Report and Recommendation dated July 13, 2012,

   IT IS HEREBY ORDERED that:

   1.   Magistrate Judge Gorenstein's Report & Recommendation is adopted; and

   2.   This action is dismissed on the ground that the Plaintiff has not completed service of the summons and

1

complaint within the time permitted by Fed. R. Civ. P. 4(m).

Dated:  New York, New York
        September 28, 2012

SO ORDERED.

_____
ANDREW L. CARTER, JR.
United States District Judge